**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BRNURSCO, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0467477** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Suzanne Roski, Receiver** <br> **7229 Forest Avenue, Suite 102** <br> **Richmond, VA 23226** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Martinsville City** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **BRNURSCO, LLC**                                   Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6231**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **BRNURSCO, LLC**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **BRVA Properties, LLC** | Relationship | **Affiliate** | |
| | District | **Western District of Virginia** | When | **8/11/23** | Case number, if known | **23-60872** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **BRNURSCO, LLC**
_____        Case number (*if known*) _____
        Name

**16.  Estimated liabilities**

☐ $0 - $50,000                    ■ $1,000,001 - $10 million              ☐ $500,000,001 - $1 billion
☐  $50,001 - $100,000             ☐ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **BRNURSCO, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2023**
MM / DD / YYYY

**X** **/s/ Suzanne Roski**                                   **Suzanne Roski**
Signature of authorized representative of debtor          Printed name

Title    **Receiver**

---

**18. Signature of attorney**

**X** **/s/ Andrew S. Goldstein**                           Date **August 11, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Andrew S. Goldstein**
Printed name

**Magee Goldstein Lasky & Sayers, P.C.**
Firm name

**Post Office Box 404**
**Roanoke, VA 24003-0404**
Number, Street, City, State & ZIP Code

Contact phone   **(540) 343-9800**       Email address   **agoldstein@mglspc.com**

**28421 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **BRNURSCO, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 11, 2023**          *X* **/s/ Suzanne Roski**
_____          _____
                                    Signature of individual signing on behalf of debtor

                                    **Suzanne Roski**
                                    _____
                                    Printed name

                                    **Receiver**
                                    _____
                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **BRNURSCO, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..........................................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................    $ _____ 119,501.29

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................    $ _____ 119,501.29

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 1,826,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ 55,506.43

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 7,366,757.78

4.    **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $ _____ 9,248,264.21

**Fill in this information to identify the case:**

Debtor name  **BRNURSCO, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon Bank Checking Account** Account shared with BRVA Properties, LLC; BRALFCO, LLC; and Sovran **Senior Living LLC** | | **8840** | **$111,001.29** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$111,001.29**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **BRNURSCO, LLC** | Case number *(If known)* | |
| | Name | | |

| 11b. Over 90 days old: | 1,239,040.00 | - | 1,239,040.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**                                                        $0.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Starcraft Van** | $0.00 | **Debtor Estimate** | **$8,500.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| Debtor | **BRNURSCO, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 51. | **Total of Part 8.** | **$8,500.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | **BRNURSCO, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $111,001.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $119,501.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $119,501.29 |

**Fill in this information to identify the case:**

Debtor name **BRNURSCO, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

 ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

 ☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Omega Healthcare Investors**<br>Creditor's Name<br><br>**303 International Circle, Suite 200**<br>**Cockeysville, MD 21030**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/28/2019**<br>**Last 4 digits of account number**<br>**Unknown**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**First Horizon Bank Checking Account**<br>**Account shared with BRVA Properties, LLC; BRALFCO, LLC; and Sovran Senior Living LLC**<br>**Acct# 8840**<br><br>**Describe the lien**<br>**Promissory Note**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,826,000.00** | **$111,001.29** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$1,826,000.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **BRNURSCO, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**City of Martinsville, Treasurer**<br>**55 W Church Street, Room 101**<br>**Martinsville, VA 24112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55,506.43 | $55,506.43 |
| Date or dates debt was incurred<br>**2018-2021** | Basis for the claim:<br>**Personal Property Taxes** | | |
| Last 4 digits of account number __8774__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Accurate Healthcare Inc.**<br>**493 Cave Road**<br>**Nashville, TN 37210**<br>Date(s) debt was incurred __2019 or prior__<br>Last 4 digits of account number __Unknown__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unknown__<br>Is the claim subject to offset? ■ No ☐ Yes | $21.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Ad Art**<br>**PO Box 40**<br>**Bassett, VA 24055**<br>Date(s) debt was incurred __2019 or prior__<br>Last 4 digits of account number __Unknown__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Unknown__<br>Is the claim subject to offset? ■ No ☐ Yes | $1.00 |

| Debtor | **BRNURSCO, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**Advantage Healthcare LLC**
**8108 Hunters Trail**
**Roanoke, VA 24019-6803**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$10,956.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**All About You Senior Care LLC**
**912 Brookdale Street, Suite 1**
**Martinsville, VA 24112**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**Alliance One, LLC**
**(Global Staffing Services LLC)**
**PO Box 152**
**Brattleboro, VT 05301**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Anthem Blue Cross & Blue Shield**

**2015 Staples Mill Road**
**Richmond, VA 23230**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Anthros**
**400 West Morse Blvd., Suite 203**
**Winter Park, FL 32789**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Ashley-Mcgee Corp**
**23 Henry Street**
**Martinsville, VA 24112**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$1.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Bassett Office Supply**
**PO Box 558**
**Bassett, VA 24055**

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$224.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Berger and Burrow Enterprises**
**6015 Staples Mil Road**
**Henrico, VA 23228**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Blue Ridge Behavioral Healthcare**
**301 Elm Ave., SW**
**Roanoke, VA 24016**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bone & Joint Center of Martinsville**
**319 Hospital Drive**
**Martinsville, VA 24112-1928**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Briggs Corporation**
**7300 Westown Pkwy**
**West Des Moines, IA 50266**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brighter Day Health LLC**
**4242 Medical Drive, Suite 7100**
**San Antonio, TX 78229-5397**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Capital Premium Financing Inc.**
**12235 S 800 E**
**Draper, UT 84020**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carilion Medical Center**
**PO Box 826761**
**Philadelphia, PA 19182-6761**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BRNURSCO, LLC**                                                Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1.00** |

**Carolina Speech**
**130 Salem Town Court**
**Apex, NC 27502**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1.00** |

**CCI Door & Hardware Inc.**
**PO Box 19354**
**Roanoke, VA 24019**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$133,501.78** |

**Centers for Medicare & Medicaid**
**7500 Security Blvd.**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018-2020**

**Last 4 digits of account number  2426**

**Basis for the claim:  Medicare Overpayments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$63.00** |

**Century Link**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1.00** |

**Cervey LLC**
**408 Kay Lane**
**Shreveport, LA 71115-3604**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$6,770.00** |

**Chase Agency Inc**
**809 Kentwood Drive**
**Youngstown, OH 44512**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1.00** |

**Chatmoss**
**315 Plantation Road**
**Martinsville, VA 24112**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Chemsearch**
23261 Network Place
Chicago, IL 60673-1232

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Chiles Healthcare Consulting LLC**
1908 Maple Shade Lane
Richmond, VA 23227

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Chris Oswald**
115 Foxberry Lane
Danville, VA 24541

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**City of Martinsville Utility Dept.**
55 W. Church St.
Martinsville, VA 24112

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,948.00**

**City of Martinsville, Virginia**

PO Box 1023
Martinsville, VA 24114-1023

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Colonial Life**
1201 Averyt Ave
Columbia, SC 29210-7654

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.00**

**Comcast Communications**
PO Box 70219
Philadelphia, PA 19176-0219

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **BRNURSCO, LLC**                                    Case number (if known) _____
         _____
         Name

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,105.00**

**Comfort Systems USA**
**1057 Bill Tuck Highway**
**South Boston, VA 24592**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,444.00**

**Commonwealth Home Health Care, Inc.**
**479 Piney Forest Road**
**Danville, VA 24540**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Community Funeral Home**
**109 Fontaine Drive**
**Ridgeway, VA 24148**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,015.00**

**Consolidated Laundry Equipment**
**530 Maywood Avenue**
**Raleigh, NC 27603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Cozzini Bros., Inc.**
**350 Howard Avenue**
**Des Plaines, IL 60018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$277.00**

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,080.00**

**Curtis Bay Medical Waste Services**
**1501 S Clinton St**
**Baltimore, MD 21224-5730**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Daniel, Medley & Kirby, P.C.**
**110 North Union St**
**Danville, VA 24543**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Danville Pulmonary Clinic**
**142 S Main Street**
**Danville, VA 24541-2922**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Danville Register & Bee**
**700 Monument Street**
**Danville, VA 24541**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,266.00 |
|---|---|---|---|

**De Lage Landen Financial Services,**
**PO Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dedicated Nursing Associates Inc.**
**6536 William Penn Hwy, Rt 22**
**Delmont, PA 15626**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dex Media, Inc.**
**PO Box 619009**
**Dallas, TX 75261**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diamond Paper Co., Inc.**
**802 Monument Street**
**Danville, VA 24541**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Dietitians on Demand Corporate
Solutions LLC
7814 Carousel Lane, Suite 210
Chase City, VA 23924**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,345.00** |
|---|---|---|---|

**E-Hounds, Inc.
32815 US 19 North, Suite 100
Palm Harbor, FL 34684**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.00** |
|---|---|---|---|

**E-Solutions
WS #165
PO Box 414378
Kansas City, MO 64141-4378**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**EcoLab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00** |
|---|---|---|---|

**EcoLab, Inc
PO Box 32027
New York, NY 10087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Elevating Equipment Inspection Ser
208 W Depot Street
Bedford, VA 24523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,366.00** |
|---|---|---|---|

**Emerson Graham and Associates
210 S Jefferson Street
Roanoke, VA 24011**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019 or prior**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Family Healthcare Center**
**142 S Main Street**
**Danville, VA 24541-2922**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Favero Family Medicine**
**2696 Greensboro Road**
**Martinsville, VA 24112-8106**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Fedex**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Fidelity Power Systems**
**25 Loveton Circle**
**Sparks Glencoe, MD 21152**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,851.00 |
|---|---|---|---|

**Firestop of Virginia**
**263 Industrial Drive**
**Roanoke, VA 24019**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
|---|---|---|---|

**First Peidmont Corp**

**PO Box 1069**
**Chatham, VA 24531**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Flexential**
**9417 Corporate Lake Drive**
**Tampa, FL 33634-2359**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2019 or prior**

**Basis for the claim:** **Unknown**

**Last 4 digits of account number** **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**FN Wholesale Lighting & Supply LLC**
**44 Kingston Drive #116**
**Daleville, VA 24083**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Fultz Maddox Dickens PLC**
**101 S Fifth Street, Suite 2700**
**Louisville, KY 40202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Genesis Rehabilitation Services**
**101 E State Street**
**Kennett Square, PA 19348**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Greer's Exhaust & Kitchen Cleaning**
**411 Walnut Avenue**
**Vinton, VA 24179**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Guardian**
**P.O. Box 677458**
**Dallas, TX 75267**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,859.00 |
|---|---|---|---|

**H&M Electric & Construction Inc**
**815 S Highland Avenue**
**Covington, VA 24426**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Handi-Clean Products, Inc.**
**301 S Swing Road**
**Greensboro, NC 27409-2009**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Handy John/Handy Rentals**
**13040 AL Philpott Hwy**
**Martinsville, VA 24112**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Healthcare Services Group, Inc.**
**3220 Tillman Drive, Suite 300**
**Bensalem, PA 19020**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Hill Barth & King LLC**
**6603 Summit Drive**
**Canfield, OH 44406**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Hines Funeral Services**
**903 Starling Avenue**
**Martinsville, VA 24112**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Interim Healthcare**
**3235 Virginia Avenue**
**Collinsville, VA 24078-2241**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**iStorage Naples**
**3836 Tollgate Blvd**
**Naples, FL 34114**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1,206.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Jacob Law Firm PC**
**PO Box 884**
**Martinsville, VA 24114**

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Debtor  **BRNURSCO, LLC**                                            Case number (if known)  _____
_____
Name

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$1.00** |

**JC Ehrlich**
**6701 Carmel Road, Suite 300**
**Charlotte, NC 28226-0205**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$1.00** |

**JMS Group LLC**
**1600 A East Parham Road**
**Henrico, VA 23228**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$758.00** |

**Johnson Controls Fire Protection LP**
**Dept CH 10320**
**Palatine, IL 60055-0320**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$1.00** |

**Kreider Mechanical, Inc.**
**1130 Patterson Ave.**
**Roanoke, VA 24017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$1.00** |

**Land'OSun Dairies LLC**
**PO Box 60498**
**Charlotte, NC 28260-0498**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$2,033.00** |

**Liberty Fire Solutions, Inc.**
**1645 Apperson Drive**
**Salem, VA 24153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.  **$1,823.00** |

**Lifecare Medical Transports Inc.**
**1170 International Pkwy**
**Fredericksburg, VA 22406**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **BRNURSCO, LLC**                                    Case number (if known) _____
_____
Name

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Lincoln National Life Insurance Co**
**8430 W Brynmawr**
**Chicago, IL 60631**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Lumos Networks**
**PO Box 580062**
**Charlotte, NC 28258-0062**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.00 |

**Martinsville Family Medicine**
**2696 Greensboro Road**
**Martinsville, VA 24112**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Martinsville Physicians Practices**
**319 Hospital Drive, Suite 210**
**Martinsville, VA 24112**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Martinsville Urgent Care LLC**
**PO Box 2671**
**Loves Park, IL 61132**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,976.00 |

**McKeeson**
**PO Box 204786**
**Dallas, TX 75320-4786**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Med-Pass Inc**
**L-3495**
**Columbus, OH 43260-0001**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Last 4 digits of account number  Unknown**

**Basis for the claim:  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BRNURSCO, LLC**
_____          Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Medical Equipment Services Inc.**
6242 Lake Terrace Drive
Holly Springs, NC 27540

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,951.00 |

**Medical Solutions LLC**
1010 N 102nd Street, Suite 300
Omaha, NE 68114

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,888.00 |

**Medline Industries, Inc.**
PO Box 382075
Pittsburgh, PA 15251-8075

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Memorial Hospital**
320 Hospital Drive
Martinsville, VA 24112-1900

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Midwest Motor Supply Co, Inc.**
4800 Roberts Road
Columbus, OH 43228

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,387.00 |

**MMI Holdings**
325 McGill Avenue, Suite 195
Concord, NC 28027

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Mobilex**
PO Box 17462
Baltimore, MD 21297-0518

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRNURSCO, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Moses Cone Health System**
**PO Box 405541**
**Atlanta, GA 30384-5541**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**National Staffing Solutions**
**PO Box 9310**
**Winter Haven, FL 33883**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Nelson, Bob**
**505 Collingswood Drive**
**Winston Salem, NC 27127**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Neopost USA Inc.**
**PO Box 123689**
**Dallas, TX 75312-3689**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**New Tech Computer Systems LLC**
**PO Box 51367**
**Shreveport, LA 71135**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Norris Funeral Home**
**1500 Kings Mountain Road**
**Martinsville, VA 24112**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Payeezy**
**5565 Glenridge Connector NE**
**Suite 2000**
**Atlanta, GA 30342**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **BRNURSCO, LLC**    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Penske Truck Leasing**
**P.O. Box 532658**
**Atlanta, GA 30353-2658**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Pet Dairy**
**PO Box 60498**
**Charlotte, NC 28260-0498**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $9,186.00 |

**Pharmacy Corporation of America**
**PO Box 409251**
**Atlanta, GA 30384-9251**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Philadelphia Indemnity Insurance Co**
**PO Box 731178**
**Dallas, TX 75373-1178**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Piedmont Urology Assoc In.**
**PO Box 25866**
**Winston Salem, NC 27114**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Planning District One**
**Behavioral Health Service**
**PO Box 1130**
**Norton, VA 24273**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.00 |

**Plumbmaster, Inc.**
**PO Box 842370**
**Boston, MA 02284-2356**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Last 4 digits of account number** _Unknown_

**Basis for the claim:** _Unknown_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BRNURSCO, LLC**                              Case number (*if known*) _____
          Name

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Prime Care Technologies**
**6650 Sugarloaf Parkway, Suite 400**
**Duluth, GA 30097**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.00 |

**Professional Rental Service**
**220 Frederick Street**
**Mount Airy, NC 27030**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**Providence Transportation Service L**
**PO Box 774**
**Collinsville, VA 24078**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Quirk Design Build**
**Construction Co., LLC**
**74 Tensbury Drive**
**Martinsville, VA 24112**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**RehabCare Group East LLC**
**680 S Fourth Street**
**Louisville, KY 40202**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Republic Services #973**
**PO Box 9001099**
**Louisville, KY 40290-1099**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Ridgeway Signs & Trophies Inc**
**6617 Greensboro Road**
**Ridgeway, VA 24148**

Date(s) debt was incurred **2019 or prior**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **BRNURSCO, LLC**

Name

Case number (*if known*) _____

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Roanoke Times**
PO Box 26090
Richmond, VA 23260-6090

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Robert B. Somers, PLLC**
202 High Canyon Court
Richardson, TX 75080

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Robert Flinn Records Center**
PO Box 12049
Naples, FL 34101

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**S&K Office Products Inc.**
PO Box 271
Martinsville, VA 24112

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shred-it USA**
28883 Network Place
Chicago, IL 60673-1288

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Smartlinx Solutions LLC**
111 S Wood Avenue, Suite 400
Iselin, NJ 08830

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**SO LO Co., Inc.**
915 E. Church St.
PO Box 5381
Martinsville, VA 24115

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019 or prior_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _Unknown_

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **BRNURSCO, LLC**                                      Case number (*if known*) _____
_____
Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Solstas Lab Partners Group**
PO Box 751337
Charlotte, NC 28275-1337

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Southside Community Services**
143 Industrial Pkwy
Clarksville, VA 23927

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,386.00 |

**Southwestern Virginia Gas Company**
208 Lester Street
Martinsville, VA 24112

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Sovran Management Co, LLC**
5692 Strand Court
Naples, FL 34110

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Specified Products, Inc.**
3032 Trinkle Ave., NW
Roanoke, VA 24012

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Star2Star Communications, LLC**
600 Tallevast Rd., Suite 202
Sarasota, FL 34243

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Stericycle, Inc.**
PO Box 6582
Carol Stream, IL 60197-6582

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **BRNURSCO, LLC**
_____    Case number (if known) _____
     Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**SunLife Financial**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |

**Superior Medical Equipment**
**PO Box 15209**
**Wilmington, NC 28408**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Symphony Diagnostic Services LLC**
**PO Box 17462**
**Baltimore, MD 21297-0518**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Talmadge Services**
**518 W Church Street**
**Martinsville, VA 24112**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000,000.00 |

**The Estate of Charlotte Bane**
**c/o Steve A. Baker, Esq.**
**1031 1st Street, SW**
**Roanoke, VA 24016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/2021**

Last 4 digits of account number  **N/A**

Basis for the claim:  **Wrongful Death - Compensatory and Punitive Damages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**The Moses H Cone Memorial Hospital**
**PO Box 405541**
**Atlanta, GA 30384-5541**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**The Wright Consulting Group**
**PO Box 3188**
**Roanoke, VA 24015**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **BRNURSCO, LLC**

Case number (*if known*) _____

_____
Name

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**ThyssenKrupp Elevator Corp**
**PO Box 933004**
**Atlanta, GA 31193-3004**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Tommy House Etc, LLC**
**370 Sleeping Hills Farm Rd.**
**Martinsville, VA 24112**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**TridentUSA Mobile**
**Infusion Services LLC**
**PO Box 746350**
**Atlanta, GA 30374**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,312.00**

**Tucker Automation**
**11075 Parker Drive**
**Irwin, PA 15642**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**United Healthcare Insurance Co**
**22703 Network Place**
**Chicago, IL 60673-1227**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Universal Chemical LLC**
**PO Box 15127**
**Saint Louis, MO 63110**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Universal Inc.**
**32 Progress Parkway**
**Maryland Heights, MO 63043**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019 or prior**

**Basis for the claim:  Unknown**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BRNURSCO, LLC**                                    Case number (if known)  _____

Name

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,997.00 |

**US Foods, Inc.**
PO Box 602215
Charlotte, NC 28260-2215

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Vernon Family Dairy**
PO Box 746496
Atlanta, GA 30374-6496

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Virginia Healthcare Association**
2112 W Laburnum Ave., Suite 206
Richmond, VA 23227

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.00 |

**Virginia Prosthetics Inc.**
4338 Williamson Road
Roanoke, VA 24012-2821

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Vista Clinical Diagnostics LLC**
4290 S Hwy 27, Suite 201
Clermont, FL 34711

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $835.00 |

**Wagner Food Equipment, Inc.**
PO Box 7047
Roanoke, VA 24019-0047

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $565.00 |

**Wake Forest University Baptist**
PO Box 751730
Charlotte, NC 28275

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 or prior**

**Basis for the claim:  Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **BRNURSCO, LLC**
_____   Case number (if known)   _____
Name

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

| 3.150 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00** |

| 3.150 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Walker-Phillips**<br>**2707 Brambleton Ave, SW**<br>**Roanoke, VA 24015**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.151 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Waste Industries**<br>**4621 Marracco Drive**<br>**Hope Mills, NC 28348**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.152 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197-4648**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.153 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Whitescarver Engineering Co.**<br>**PO Box 7566**<br>**Roanoke, VA 24019**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.154 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Wilco, Inc.**<br>**PO Box 127**<br>**Danville, VA 24543**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.155 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Williams Mullen**<br>**PO Box 800**<br>**Richmond, VA 23218-0800**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.156 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address**<br>**Wright Funeral Home**<br>**1425 Greensboro Rd**<br>**Martinsville, VA 24112**<br><br>Date(s) debt was incurred **2019 or prior**<br>Last 4 digits of account number **Unknown** | **As of the petition filing date, the claim is:** Check all that apply.   **$1.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unknown**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**Part 3:   List Others to Be Notified About Unsecured Claims**

| Debtor | BRNURSCO, LLC | Case number (if known) | |
|--------|---------------|------|------|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **AFS of Martinsville, Inc.**<br>**c/o Corporation Service Company**<br>**1111 E Main Street, 16th Floor**<br>**Richmond, VA 23219** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Department of Treasury**<br>**Bureau of Fiscal Service**<br>**PO Box 830794**<br>**Birmingham, AL 35283** | Line **3.19**<br>☐ Not listed. Explain ____ | **2426** |
| 4.3 | **Kissito Healthcare Inc.**<br>**c/o Corporation Service Company**<br>**100 Shockoe Slip, Floor 2**<br>**Richmond, VA 23219** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **OHI Asset (VA) Martinsville SNF LLC**<br>**c/o CT Corporation System**<br>**4701 Cox Rd, Suite 285**<br>**Glen Allen, VA 23060** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Omega Healthcare Investors, Inc.**<br>**c/o The Corporation Trust Inc.**<br>**2405 York Road, Suite 201**<br>**Lutherville Timonium, MD 21093** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Sovran Management Co., LLC**<br>**c/o CT Corporation System**<br>**4701 Cox Road, Suite 285**<br>**Glen Allen, VA 23060** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **TACS, PC**<br>**PO Box 31800**<br>**Henrico, VA 23294** | Line **2.1**<br>☐ Not listed. Explain ____ | **8774** |
| 4.8 | **The Estate of Charlotte Bane**<br>**c/o Joseph Musso, Esq.**<br>**8403 Colesville Road, Suite 1250**<br>**Silver Spring, MD 20910** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|------|------|------|------|
| 5a. Total claims from Part 1 | 5a. | $ | 55,506.43 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,366,757.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,422,264.21 |

**Fill in this information to identify the case:**

Debtor name  **BRNURSCO, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **BRNURSCO, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **AFS of Martinsville, Inc.** | **5228 Valleypointe Parkway, Suite 1 Roanoke, VA 24019** | **The Estate of Charlotte Bane** | ☐ D _____<br>■ E/F **3.133**<br>☐ G _____ |
| 2.2 **BRALFCO, LLC** | **c/o Suzanne Roski, Receiver 7229 Forest Avenue, Suite 102 Richmond, VA 23226** | **Centers for Medicare & Medicaid** | ☐ D _____<br>■ E/F **3.19**<br>☐ G _____ |
| 2.3 **BRALFCO, LLC** | **c/o Suzanne Roski, Receiver 7229 Forest Avenue, Suite 102 Richmond, VA 23226** | **Omega Healthcare Investors** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **BRVA Properties, LLC** | **c/o Suzanne Roski, Receiver 7229 Forest Avenue, Suite 102 Richmond, VA 23226** | **Omega Healthcare Investors** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |

Debtor   **BRNURSCO, LLC**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **BRVA Properties, LLC** | **c/o Suzanne Roski, Receiver** **7229 Forest Avenue, Suite 102** **Richmond, VA 23226** | **The Estate of Charlotte Bane** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.6 | **Kissito Healthcare, Inc.** | **5228 Valleypointe Parkway, Suite 1** **Roanoke, VA 24019** | **The Estate of Charlotte Bane** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.7 | **OHI Asset (VA) Martinsville SNF** | **200 International Circle** **Suite 3500** **Hunt Valley, MD 21030** | **The Estate of Charlotte Bane** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.8 | **Omega Healthcare Investors, Inc.** | **303 International Circle, Suite 200** **Hunt Valley, MD 21030** | **The Estate of Charlotte Bane** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.9 | **Sovran Management Company LLC** | **1440 Centre Park Blvd, Suite 810** **West Palm Beach, FL 33401** | **The Estate of Charlotte Bane** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **BRNURSCO, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

Debtor   **BRNURSCO, LLC**                                          Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **CR3 Partners, LLC\*** **c/o Suzanne Roski, Receiver** **7229 Forest Avenue, Suite 102** **Richmond, VA 23226** **Receiver and Financial Advisors to Receiver** | **08/31/2022,** **12/02/2022,** **02/21/2023,** **04/10/2023,** **05/24/2023,** **07/31/2023,** **08/08/2023** | **$42,117.94** | **Services Rendered to the Receivership** **These payments were made on behalf of BRVA Properties, LLC, BRNURSCO, LLC, BRALFCO, LLC and Sovran Senior Living, LLC** **\*Although the Debtor has not concluded that CR3 is an insider as that term is defined by the Bankruptcy Code, we are disclosing 12 months of distributions as a matter of caution.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **The Estate of Charlotte Bane v. BRNURSCCO, LLC CL21-369-00** | **Wrongful Death** | **Martinsville Circuit Court PO Box 1206 Martinsville, VA 24114** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | BRNURSCO, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Suzanne Roski<br>In Her Capacity as Receiver<br>7229 Forest Avenue, Suite 102<br>Richmond, VA 23226 | **Operating Cash Account** | $111,001.29 |

| | Case title | Court name and address |
|---|---|---|
| | **OHI Asset v. BRVA Properties, Et. Al.** | Martinsville Circuit Court |
| | **Case number** | 55 W Church Street |
| | **690 CL19-000193-00** | Martinsville, VA 24114 |
| | **Date of order or assignment** | |
| | **Interim Order - 06/20/2019 - Final Order 07/23/2019** | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Magee Goldstein Lasky & Sayers, P.C.**<br>**Post Office Box 404**<br>**Roanoke, VA 24003-0404** | **Attorney Fees + Filing Fees** | **07/26/2023** | **$5,338.00** |
| | **Email or website address**<br>**agoldstein@mglspc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   **BRNURSCO, LLC** _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Frith Anderson & Peake, PC PO Box 1240 Roanoke, VA 24006** | **This payment was made on behalf of BRNURSCO, LLC, BRVA Properties, LLC, BRALFCO, LLC and Sovran Senior Living, LLC** | **05/12/2023** | **$5,390.40** |
| | Email or website address **faplawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Frith Anderson & Peake, PC PO Box 1240 Roanoke, VA 24006** | **This payment was made on behalf of BRVA Properties, LLC, BRNURSCO, LLC and Sovran Senior Living, LLC** | **07/31/2023** | **$1,760.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Frith Anderson & Peake, PC PO Box 1240 Roanoke, VA 24006** | **This payment was made on behalf of BRVA Properties, LLC, BRNURSCO, LLC and Sovran Senior Living, LLC** | **08/08/2023** | **$1,347.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

Debtor    **BRNURSCO, LLC**                                              Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **300 Blue Ridge Street Martinsville, VA 24112** | **Unknown to Present** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | BRNURSCO, LLC | | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

| Debtor | BRNURSCO, LLC | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **CR3 Partners, LLC** **c/o Suzanne Roski, Receiver** **7229 Forest Avenue, Suite 102** **Richmond, VA 23226** | **07/2020 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **CR3 Partners, LLC** **c/o Suzanne Roski, Receiver** **7229 Forest Avenue, Suite 102** **Richmond, VA 23226** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CR3 Partners, LLC** | **c/o Suzanne Roski, Receiver** **7229 Forest Avenue, Suite 102** **Richmond, VA 23226** | **Receiver** | **0** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

| Debtor | BRNURSCO, LLC | Case number *(if known)* |
|---|---|---|

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Services Rendered as Receiver

These payments were made on behalf of BRVA Properties, LLC, BRNURSCO, LLC, BRALFCO, LLC and Sovran Senior Living, LLC

*Although the Debtor has not concluded that CR3 is an insider as that term is defined by the Bankruptcy Code, we are disclosing 12 months of distributions as a matter of caution. |
| | CR3 Partners, LLC*
c/o Suzanne Roski, Receiver
7229 Forest Avenue, Suite 102
Richmond, VA 23226 | $42,117.94 | 08/31/2022, 12/02/2022, 02/21/2023, 04/10/2023, 05/24/2023, 07/31/2023, 08/08/2023 | |
| | **Relationship to debtor**
**Receiver** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **BRVA Properties Holdings, LLC** | **EIN:** **36-4811114** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **BRNURSCO, LLC**                                         Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2023**

**/s/ Suzanne Roski**                                    **Suzanne Roski**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Receiver**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Virginia

In re    **BRNURSCO, LLC**                                                    Case No.
_____
                                      Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................    $ _____ **5,338.00**

    Prior to the filing of this statement I have received .......................    $ _____ **5,338.00**

    Balance Due ......................................................................................    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See Bankruptcy Engagement Agreement**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **See Bankruptcy Engagement Agreement**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 11, 2023**
_____
*Date*

**/s/ Andrew S. Goldstein**
_____
**Andrew S. Goldstein**
*Signature of Attorney*
**Magee Goldstein Lasky & Sayers, P.C.**
**Post Office Box 404**
**Roanoke, VA 24003-0404**
**(540) 343-9800  Fax: (540) 343-9898**
**agoldstein@mglspc.com**
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Virginia

In re    **BRNURSCO, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 11, 2023**

**/s/ Suzanne Roski**

**Suzanne Roski/Receiver**
Signer/Title

BRNURSCO, LLC

ACCURATE HEALTHCARE INC.
493 CAVE ROAD
NASHVILLE, TN 37210

AD ART
PO BOX 40
BASSETT, VA 24055

ADVANTAGE HEALTHCARE LLC
8108 HUNTERS TRAIL
ROANOKE, VA 24019-6803

AFS OF MARTINSVILLE, INC.
C/O CORPORATION SERVICE COMPANY
1111 E MAIN STREET, 16TH FLOOR
RICHMOND, VA 23219

AFS OF MARTINSVILLE, INC.
5228 VALLEYPOINTE PARKWAY, SUITE 1
ROANOKE, VA 24019

ALL ABOUT YOU SENIOR CARE LLC
912 BROOKDALE STREET, SUITE 1
MARTINSVILLE, VA 24112

ALLIANCE ONE, LLC
(GLOBAL STAFFING SERVICES LLC)
PO BOX 152
BRATTLEBORO, VT 05301

ANTHEM BLUE CROSS & BLUE SHIELD
2015 STAPLES MILL ROAD
RICHMOND, VA 23230

ANTHROS
400 WEST MORSE BLVD., SUITE 203
WINTER PARK, FL 32789

ASHLEY-MCGEE CORP
23 HENRY STREET
MARTINSVILLE, VA 24112

BASSETT OFFICE SUPPLY
PO BOX 558
BASSETT, VA 24055

BRNURSCO, LLC

BERGER AND BURROW ENTERPRISES
6015 STAPLES MIL ROAD
HENRICO, VA 23228

BLUE RIDGE BEHAVIORAL HEALTHCARE
301 ELM AVE., SW
ROANOKE, VA 24016

BONE & JOINT CENTER OF MARTINSVILLE
319 HOSPITAL DRIVE
MARTINSVILLE, VA 24112-1928

BRALFCO, LLC
C/O SUZANNE ROSKI, RECEIVER
7229 FOREST AVENUE, SUITE 102
RICHMOND, VA 23226

BRIGGS CORPORATION
7300 WESTOWN PKWY
WEST DES MOINES, IA 50266

BRIGHTER DAY HEALTH LLC
4242 MEDICAL DRIVE, SUITE 7100
SAN ANTONIO, TX 78229-5397

BRVA PROPERTIES, LLC
C/O SUZANNE ROSKI, RECEIVER
7229 FOREST AVENUE, SUITE 102
RICHMOND, VA 23226

CAPITAL PREMIUM FINANCING INC.
12235 S 800 E
DRAPER, UT 84020

CARILION MEDICAL CENTER
PO BOX 826761
PHILADELPHIA, PA 19182-6761

CAROLINA SPEECH
130 SALEM TOWN COURT
APEX, NC 27502

CCI DOOR & HARDWARE INC.
PO BOX 19354
ROANOKE, VA 24019

BRNURSCO, LLC –

CENTERS FOR MEDICARE & MEDICAID
7500 SECURITY BLVD.
WINDSOR MILL, MD 21244

CENTURY LINK
P.O. BOX 1319
CHARLOTTE, NC 28201-1319

CERVEY LLC
408 KAY LANE
SHREVEPORT, LA 71115-3604

CHASE AGENCY INC
809 KENTWOOD DRIVE
YOUNGSTOWN, OH 44512

CHATMOSS
315 PLANTATION ROAD
MARTINSVILLE, VA 24112

CHEMSEARCH
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

CHILES HEALTHCARE CONSULTING LLC
1908 MAPLE SHADE LANE
RICHMOND, VA 23227

CHRIS OSWALD
115 FOXBERRY LANE
DANVILLE, VA 24541

CITY OF MARTINSVILLE UTILITY DEPT.
55 W. CHURCH ST.
MARTINSVILLE, VA 24112

CITY OF MARTINSVILLE, TREASURER
55 W CHURCH STREET, ROOM 101
MARTINSVILLE, VA 24112

CITY OF MARTINSVILLE, VIRGINIA
PO BOX 1023
MARTINSVILLE, VA 24114-1023

BRNURSCO, LLC

COLONIAL LIFE
1201 AVERYT AVE
COLUMBIA, SC 29210-7654

COMCAST COMMUNICATIONS
PO BOX 70219
PHILADELPHIA, PA 19176-0219

COMFORT SYSTEMS USA
1057 BILL TUCK HIGHWAY
SOUTH BOSTON, VA 24592

COMMONWEALTH HOME HEALTH CARE, INC.
479 PINEY FOREST ROAD
DANVILLE, VA 24540

COMMUNITY FUNERAL HOME
109 FONTAINE DRIVE
RIDGEWAY, VA 24148

CONSOLIDATED LAUNDRY EQUIPMENT
530 MAYWOOD AVENUE
RALEIGH, NC 27603

COZZINI BROS., INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

CURTIS BAY MEDICAL WASTE SERVICES
1501 S CLINTON ST
BALTIMORE, MD 21224-5730

DANIEL, MEDLEY & KIRBY, P.C.
110 NORTH UNION ST
DANVILLE, VA 24543

DANVILLE PULMONARY CLINIC
142 S MAIN STREET
DANVILLE, VA 24541-2922

BRNURSCO, LLC

DANVILLE REGISTER & BEE
700 MONUMENT STREET
DANVILLE, VA 24541

DE LAGE LANDEN FINANCIAL SERVICES,
PO BOX 41602
PHILADELPHIA, PA 19101

DEDICATED NURSING ASSOCIATES INC.
6536 WILLIAM PENN HWY, RT 22
DELMONT, PA 15626

DEPARTMENT OF TREASURY
BUREAU OF FISCAL SERVICE
PO BOX 830794
BIRMINGHAM, AL 35283

DEX MEDIA, INC.
PO BOX 619009
DALLAS, TX 75261

DIAMOND PAPER CO., INC.
802 MONUMENT STREET
DANVILLE, VA 24541

DIETITIANS ON DEMAND CORPORATE
SOLUTIONS LLC
7814 CAROUSEL LANE, SUITE 210
CHASE CITY, VA 23924

E-HOUNDS, INC.
32815 US 19 NORTH, SUITE 100
PALM HARBOR, FL 34684

E-SOLUTIONS
WS #165
PO BOX 414378
KANSAS CITY, MO 64141-4378

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BRNURSCO, LLC _

ECOLAB, INC
PO BOX 32027
NEW YORK, NY 10087

ELEVATING EQUIPMENT INSPECTION SER
208 W DEPOT STREET
BEDFORD, VA 24523

EMERSON GRAHAM AND ASSOCIATES
210 S JEFFERSON STREET
ROANOKE, VA 24011

FAMILY HEALTHCARE CENTER
142 S MAIN STREET
DANVILLE, VA 24541-2922

FAVERO FAMILY MEDICINE
2696 GREENSBORO ROAD
MARTINSVILLE, VA 24112-8106

FEDEX
PO BOX 660481
DALLAS, TX 75266-0481

FIDELITY POWER SYSTEMS
25 LOVETON CIRCLE
SPARKS GLENCOE, MD 21152

FIRESTOP OF VIRGINIA
263 INDUSTRIAL DRIVE
ROANOKE, VA 24019

FIRST PEIDMONT CORP
PO BOX 1069
CHATHAM, VA 24531

FLEXENTIAL
9417 CORPORATE LAKE DRIVE
TAMPA, FL 33634-2359

FN WHOLESALE LIGHTING & SUPPLY LLC
44 KINGSTON DRIVE #116
DALEVILLE, VA 24083

BRNURSCO, LLC


FULTZ MADDOX DICKENS PLC
101 S FIFTH STREET, SUITE 2700
LOUISVILLE, KY 40202


GENESIS REHABILITATION SERVICES
101 E STATE STREET
KENNETT SQUARE, PA 19348


GREER'S EXHAUST & KITCHEN CLEANING
411 WALNUT AVENUE
VINTON, VA 24179


GUARDIAN
P.O. BOX 677458
DALLAS, TX 75267


H&M ELECTRIC & CONSTRUCTION INC
815 S HIGHLAND AVENUE
COVINGTON, VA 24426


HANDI-CLEAN PRODUCTS, INC.
301 S SWING ROAD
GREENSBORO, NC 27409-2009


HANDY JOHN/HANDY RENTALS
13040 AL PHILPOTT HWY
MARTINSVILLE, VA 24112


HEALTHCARE SERVICES GROUP, INC.
3220 TILLMAN DRIVE, SUITE 300
BENSALEM, PA 19020


HILL BARTH & KING LLC
6603 SUMMIT DRIVE
CANFIELD, OH 44406


HINES FUNERAL SERVICES
903 STARLING AVENUE
MARTINSVILLE, VA 24112


INTERIM HEALTHCARE
3235 VIRGINIA AVENUE
COLLINSVILLE, VA 24078-2241

BRNURSCO, LLC -


ISTORAGE NAPLES
3836 TOLLGATE BLVD
NAPLES, FL 34114


JACOB LAW FIRM PC
PO BOX 884
MARTINSVILLE, VA 24114


JC EHRLICH
6701 CARMEL ROAD, SUITE 300
CHARLOTTE, NC 28226-0205


JMS GROUP LLC
1600 A EAST PARHAM ROAD
HENRICO, VA 23228


JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320


KISSITO HEALTHCARE INC.
C/O CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP, FLOOR 2
RICHMOND, VA 23219


KISSITO HEALTHCARE, INC.
5228 VALLEYPOINTE PARKWAY, SUITE 1
ROANOKE, VA 24019


KREIDER MECHANICAL, INC.
1130 PATTERSON AVE.
ROANOKE, VA 24017


LAND'OSUN DAIRIES LLC
PO BOX 60498
CHARLOTTE, NC 28260-0498


LIBERTY FIRE SOLUTIONS, INC.
1645 APPERSON DRIVE
SALEM, VA 24153


LIFECARE MEDICAL TRANSPORTS INC.
1170 INTERNATIONAL PKWY
FREDERICKSBURG, VA 22406

BRNURSCO, LLC

LINCOLN NATIONAL LIFE INSURANCE CO
8430 W BRYNMAWR
CHICAGO, IL 60631

LUMOS NETWORKS
PO BOX 580062
CHARLOTTE, NC 28258-0062

MARTINSVILLE FAMILY MEDICINE
2696 GREENSBORO ROAD
MARTINSVILLE, VA 24112

MARTINSVILLE PHYSICIANS PRACTICES
319 HOSPITAL DRIVE, SUITE 210
MARTINSVILLE, VA 24112

MARTINSVILLE URGENT CARE LLC
PO BOX 2671
LOVES PARK, IL 61132

MCKEESON
PO BOX 204786
DALLAS, TX 75320-4786

MED-PASS INC
L-3495
COLUMBUS, OH 43260-0001

MEDICAL EQUIPMENT SERVICES INC.
6242 LAKE TERRACE DRIVE
HOLLY SPRINGS, NC 27540

MEDICAL SOLUTIONS LLC
1010 N 102ND STREET, SUITE 300
OMAHA, NE 68114

MEDLINE INDUSTRIES, INC.
PO BOX 382075
PITTSBURGH, PA 15251-8075

MEMORIAL HOSPITAL
320 HOSPITAL DRIVE
MARTINSVILLE, VA 24112-1900

BRNURSCO, LLC

MIDWEST MOTOR SUPPLY CO, INC.
4800 ROBERTS ROAD
COLUMBUS, OH 43228

MMI HOLDINGS
325 MCGILL AVENUE, SUITE 195
CONCORD, NC 28027

MOBILEX
PO BOX 17462
BALTIMORE, MD 21297-0518

MOSES CONE HEALTH SYSTEM
PO BOX 405541
ATLANTA, GA 30384-5541

NATIONAL STAFFING SOLUTIONS
PO BOX 9310
WINTER HAVEN, FL 33883

NELSON, BOB
505 COLLINGSWOOD DRIVE
WINSTON SALEM, NC 27127

NEOPOST USA INC.
PO BOX 123689
DALLAS, TX 75312-3689

NEW TECH COMPUTER SYSTEMS LLC
PO BOX 51367
SHREVEPORT, LA 71135

NORRIS FUNERAL HOME
1500 KINGS MOUNTAIN ROAD
MARTINSVILLE, VA 24112

OHI ASSET (VA) MARTINSVILLE SNF
200 INTERNATIONAL CIRCLE
SUITE 3500
HUNT VALLEY, MD 21030

OHI ASSET (VA) MARTINSVILLE SNF LLC
C/O CT CORPORATION SYSTEM
4701 COX RD, SUITE 285
GLEN ALLEN, VA 23060

BRNURSCO, LLC

OMEGA HEALTHCARE INVESTORS
303 INTERNATIONAL CIRCLE, SUITE 200
COCKEYSVILLE, MD 21030

OMEGA HEALTHCARE INVESTORS, INC.
C/O THE CORPORATION TRUST INC.
2405 YORK ROAD, SUITE 201
LUTHERVILLE TIMONIUM, MD 21093

OMEGA HEALTHCARE INVESTORS, INC.
303 INTERNATIONAL CIRCLE, SUITE 200
HUNT VALLEY, MD 21030

PAYEEZY
5565 GLENRIDGE CONNECTOR NE
SUITE 2000
ATLANTA, GA 30342

PENSKE TRUCK LEASING
P.O. BOX 532658
ATLANTA, GA 30353-2658

PET DAIRY
PO BOX 60498
CHARLOTTE, NC 28260-0498

PHARMACY CORPORATION OF AMERICA
PO BOX 409251
ATLANTA, GA 30384-9251

PHILADELPHIA INDEMNITY INSURANCE CO
PO BOX 731178
DALLAS, TX 75373-1178

PIEDMONT UROLOGY ASSOC IN.
PO BOX 25866
WINSTON SALEM, NC 27114

PLANNING DISTRICT ONE
BEHAVIORAL HEALTH SERVICE
PO BOX 1130
NORTON, VA 24273

BRNURSCO, LLC

PLUMBMASTER, INC.
PO BOX 842370
BOSTON, MA 02284-2356

PRIME CARE TECHNOLOGIES
6650 SUGARLOAF PARKWAY, SUITE 400
DULUTH, GA 30097

PROFESSIONAL RENTAL SERVICE
220 FREDERICK STREET
MOUNT AIRY, NC 27030

PROVIDENCE TRANSPORTATION SERVICE L
PO BOX 774
COLLINSVILLE, VA 24078

QUIRK DESIGN BUILD
CONSTRUCTION CO., LLC
74 TENSBURY DRIVE
MARTINSVILLE, VA 24112

REHABCARE GROUP EAST LLC
680 S FOURTH STREET
LOUISVILLE, KY 40202

REPUBLIC SERVICES #973
PO BOX 9001099
LOUISVILLE, KY 40290-1099

RIDGEWAY SIGNS & TROPHIES INC
6617 GREENSBORO ROAD
RIDGEWAY, VA 24148

ROANOKE TIMES
PO BOX 26090
RICHMOND, VA 23260-6090

ROBERT B. SOMERS, PLLC
202 HIGH CANYON COURT
RICHARDSON, TX 75080

ROBERT FLINN RECORDS CENTER
PO BOX 12049
NAPLES, FL 34101

BRNURSCO, LLC

S&K OFFICE PRODUCTS INC.
PO BOX 271
MARTINSVILLE, VA 24112

SHRED-IT USA
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

SMARTLINX SOLUTIONS LLC
111 S WOOD AVENUE, SUITE 400
ISELIN, NJ 08830

SO LO CO., INC.
915 E. CHURCH ST.
PO BOX 5381
MARTINSVILLE, VA 24115

SOLSTAS LAB PARTNERS GROUP
PO BOX 751337
CHARLOTTE, NC 28275-1337

SOUTHSIDE COMMUNITY SERVICES
143 INDUSTRIAL PKWY
CLARKSVILLE, VA 23927

SOUTHWESTERN VIRGINIA GAS COMPANY
208 LESTER STREET
MARTINSVILLE, VA 24112

SOVRAN MANAGEMENT CO, LLC
5692 STRAND COURT
NAPLES, FL 34110

SOVRAN MANAGEMENT CO., LLC
C/O CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN, VA 23060

SOVRAN MANAGEMENT COMPANY LLC
1440 CENTRE PARK BLVD, SUITE 810
WEST PALM BEACH, FL 33401

SPECIFIED PRODUCTS, INC.
3032 TRINKLE AVE., NW
ROANOKE, VA 24012

BRNURSCO, LLC

STAR2STAR COMMUNICATIONS, LLC
600 TALLEVAST RD., SUITE 202
SARASOTA, FL 34243

STERICYCLE, INC.
PO BOX 6582
CAROL STREAM, IL 60197-6582

SUNLIFE FINANCIAL
PO BOX 807009
KANSAS CITY, MO 64184-7009

SUPERIOR MEDICAL EQUIPMENT
PO BOX 15209
WILMINGTON, NC 28408

SYMPHONY DIAGNOSTIC SERVICES LLC
PO BOX 17462
BALTIMORE, MD 21297-0518

TACS, PC
PO BOX 31800
HENRICO, VA 23294

TALMADGE SERVICES
518 W CHURCH STREET
MARTINSVILLE, VA 24112

THE ESTATE OF CHARLOTTE BANE
C/O STEVE A. BAKER, ESQ.
1031 1ST STREET, SW
ROANOKE, VA 24016

THE ESTATE OF CHARLOTTE BANE
C/O JOSEPH MUSSO, ESQ.
8403 COLESVILLE ROAD, SUITE 1250
SILVER SPRING, MD 20910

THE MOSES H CONE MEMORIAL HOSPITAL
PO BOX 405541
ATLANTA, GA 30384-5541

THE WRIGHT CONSULTING GROUP
PO BOX 3188
ROANOKE, VA 24015

BRNURSCO, LLC

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
ATLANTA, GA 31193-3004

TOMMY HOUSE ETC, LLC
370 SLEEPING HILLS FARM RD.
MARTINSVILLE, VA 24112

TRIDENTUSA MOBILE
INFUSION SERVICES LLC
PO BOX 746350
ATLANTA, GA 30374

TUCKER AUTOMATION
11075 PARKER DRIVE
IRWIN, PA 15642

UNITED HEALTHCARE INSURANCE CO
22703 NETWORK PLACE
CHICAGO, IL 60673-1227

UNIVERSAL CHEMICAL LLC
PO BOX 15127
SAINT LOUIS, MO 63110

UNIVERSAL INC.
32 PROGRESS PARKWAY
MARYLAND HEIGHTS, MO 63043

US FOODS, INC.
PO BOX 602215
CHARLOTTE, NC 28260-2215

VERNON FAMILY DAIRY
PO BOX 746496
ATLANTA, GA 30374-6496

VIRGINIA HEALTHCARE ASSOCIATION
2112 W LABURNUM AVE., SUITE 206
RICHMOND, VA 23227

VIRGINIA PROSTHETICS INC.
4338 WILLIAMSON ROAD
ROANOKE, VA 24012-2821

BRNURSCO, LLC -

VISTA CLINICAL DIAGNOSTICS LLC
4290 S HWY 27, SUITE 201
CLERMONT, FL 34711

WAGNER FOOD EQUIPMENT, INC.
PO BOX 7047
ROANOKE, VA 24019-0047

WAKE FOREST UNIVERSITY BAPTIST
PO BOX 751730
CHARLOTTE, NC 28275

WALKER-PHILLIPS
2707 BRAMBLETON AVE, SW
ROANOKE, VA 24015

WASTE INDUSTRIES
4621 MARRACCO DRIVE
HOPE MILLS, NC 28348

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WHITESCARVER ENGINEERING CO.
PO BOX 7566
ROANOKE, VA 24019

WILCO, INC.
PO BOX 127
DANVILLE, VA 24543

WILLIAMS MULLEN
PO BOX 800
RICHMOND, VA 23218-0800

WRIGHT FUNERAL HOME
1425 GREENSBORO RD
MARTINSVILLE, VA 24112

# United States Bankruptcy Court
## Western District of Virginia

In re  **BRNURSCO, LLC**

Debtor(s)

Case No.

Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BRNURSCO, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2023**

Date

**/s/ Andrew S. Goldstein**

**Andrew S. Goldstein**

Signature of Attorney or Litigant

Counsel for   **BRNURSCO, LLC**

**Magee Goldstein Lasky & Sayers, P.C.**

**Post Office Box 404**
**Roanoke, VA 24003-0404**
**(540) 343-9800 Fax:(540) 343-9898**
**agoldstein@mglspc.com**

## United States Bankruptcy Court
### Western District of Virginia

In re  **BRNURSCO, LLC**                                                Case No.
_____
                                    Debtor(s)              Chapter    **7**  _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Suzanne Roski**, declare under penalty of perjury that I am the **Receiver** of  **BRNURSCO, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **11th** day of **August**, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Suzanne Roski**, **Receiver** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Suzanne Roski**, **Receiver** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Suzanne Roski**, **Receiver** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case."

Date  **August 11, 2023**  _____        Signed  **/s/ Suzanne Roski**  _____
                                                                   **Suzanne Roski**

Resolution of Board of Directors
of
**BRNURSCO, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Suzanne Roski**, **Receiver** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Suzanne Roski**, **Receiver**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Suzanne Roski**, **Receiver** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case.

Date   **August 11, 2023**                              Signed   **/s/Suzanne Roski**